IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN ELLIOTT,

        Plaintiff, : Case No. 3:07-cv-479

- vs - : District Judge Walter Herbert Rice
     Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL :
SECURITY,
    :
        Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff be awarded Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,575.95.

June 30, 2009.

                                                          Walter Herbert Rice
                                                        United States District Judge